UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| EFRAIN REYES-SANCHEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | No. 5:26-cv-04179-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is:

(1) Granted, in part, with Respondents ORDERED to (a) provide an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Efrain Reyes-Sanchez (A# 205 320 124)** within seven (7) days of this Judgment, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond and must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; or (b) release Petitioner from custody subject only to narrowly tailored conditions of release no more restrictive than necessary to ensure his appearance as required and to protect the community, if any, if he is not timely provided with the aforementioned bond hearing; and

(2) DENIED as to all other requests for substantive relief based on the allegations therein with prejudice.

Dated: August 7, 2026 _____

JOHN D. EARLY
United States Magistrate Judge